Roger S. PAGE, as Executor of the ESTATE of Amy L. SMITH, Deceased, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 8389.

Circuit Court of Appeals, Ninth Circuit.

Dec. 7, 1936.

Robert H. Jackson, Asst. Atty. Gen., for respondent.

Before GARRECHT and HANEY, Circuit Judges, and NETERER, District Judge.

PER CURIAM.

Upon motion of respondent, and by direction of the court, ordered petition to review dismissed for failure of petitioner to file record and docket cause; mandate forthwith.

---

The PAINE & WILLIAMS COMPANY, Appellant, v. The TRUMP PRODUCTS COMPANY, Appellee.

No. 7105.

Circuit Court of Appeals, Sixth Circuit.

Jan. 15, 1937.

Fay, Oberlin & Fay, of Cleveland, Ohio, for appellant.

A. L. Ely, of Cleveland, Ohio, for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

The decree in this cause is affirmed for the reasons stated by the trial court (18 F. Supp. ——), in its opinion of January 5, 1935.

---

In the Matter of PARK FABRICS CORPORATION, Bankrupt. Sidney J. Wollman, Appellant, Albert J. Pfeiffer, Trustee In Bankruptcy of Park Fabrics Corporation, Appellee.

No. 197.

Circuit Court of Appeals, Second Circuit.

Nov. 30, 1936.

Max E. Sanders, of New York City, for appellant Sidney J. Wollman.

Zalkin & Cohen, of New York City (Israel Akselrod, of New York City, of counsel), for trustee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.
Order affirmed.

---

Howard POTTER and The Powell Pressed Steel Company v. The MADISON WILLOW CRAFT COMPANY.

No. 7506.

Circuit Court of Appeals, Sixth Circuit.

Nov. 11, 1936.

Kwis, Hudson & Kent, of Cleveland, Ohio, for appellants.

J. Harrow Leonard, of Cleveland, Ohio, for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

On motion of counsel for appellant, it is ordered that this case be, and the same is hereby, dismissed, with costs to be assessed against the appellant.